Dismissed and Opinion filed August 29, 2002









Dismissed and Opinion filed August 29, 2002.




 
 
 
  
 
 
 




 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00470-CV

____________

 

DAVID GUZMAN ANTUNEZ, Appellant

 

V.

 

BALLARD EXPLORATION, EXPLORATION COMPANY, GREY WOLF,
INC., AND GREY WOLF DRILLING LP, Appellees

 



 

On
Appeal from the 269th District Court

Harris County, Texas

Trial
Court Cause No. 00-12376

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed April 5, 2002.  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellant did not make arrangements to
pay for the record.  

On July 23, 2002, notification was transmitted to all parties
of the Court's intent to dismiss the appeal for want of prosecution unless,
within fifteen days, appellant paid or made arrangements to pay for the record
and provided this court with proof of payment. 
See Tex. R. App. P.
37.3(b).  Appellant filed no response.








Alternatively, we may dismiss this appeal for failure to pay
the filing fee.  The notice of appeal was
filed on May 3, 2002.  To date, the filing
fee of $125.00 has not been paid.  
Therefore, on August 1, 2002, the Court issued an order stating that
unless appellant paid the appellate filing fee of $125.00 within fifteen days
of the date of the order, the appeal would be dismissed. 

The filing fee has not been paid, and appellant has not
responded to the Court=s order of August 1, 2002.

Accordingly, the appeal is ordered dismissed.  See Tex.
R. App. P. 42.3(c).  

 

PER CURIAM

 

Judgment rendered and Opinion
filed August 29, 2002.

Panel consists of Justices
Edelman, Guzman and Frost.

Do Not Publish C Tex. R. App. P.
47.3(b).